IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JOSEPH GARCIA, | : | CIV. NO. 20-1728 (RMB) |
| | : | |
| Petitioner | : | |
| v. | : | **OPINION** |
| | : | |
| | : | |
| WARDEN DAVID ORTIZ, | : | |
| | : | |
| Respondent | : | |

Petitioner Joseph Garcia, a prisoner formerly confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the loss of his prison UNICOR job as a disciplinary sanction. (Pet., Docket No. 1.) Respondent has filed a request to dismiss the habeas petition as moot (Docket No. 24) because the Federal Bureau of Prisons released Petitioner on November 23, 2022. (Ex. A; Docket No. 24 at 4). "What was once a live case or controversy may become moot if 'interim relief or events have completely and irrevocably eradicated the effects of the alleged violation.'" *Williams v. Sherman*, 214 F. App'x 264, 266 (3d Cir. 2007) (quoting *County of Los Angeles v. Davis*, 440 U.S. 625, 631 (1979)). Petitioner's release has rendered his petition moot.

An accompanying Order follows.

DATE: **December 14, 2022**

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
